Order issued October 4, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00279-CV

YVONNE BROWN, Appellant

V.

FALLS ON CLEARWOOD, Appellee

# ORDER

We **GRANT** appellant's October 1, 2012 motion for an extension of time to file a motion for rehearing. Appellant shall file her motion for rehearing on or before October 19, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE